In the Matter of the Application of JULIA A. FORHAN, Appellant and Respondent. RICHARD J. FORHAN, as Trustee, et al., Respondents and Appellants, et al., Respondents.

Argued November 20, 1950; decided December 1, 1950.

808

*John Lane* and *Lindley J. Murray* for petitioner, appellant and respondent.

*Clarence S. Barasch* and *Alexander Pfeiffer* for trustee, respondent and appellant.

*John J. Dillon,* as guardian ad litem for Thomas Forhan and others, respondents and appellants.

*Monroe Steinhacker* for Ursula F. d'Urbania and others, respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.